# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TOMMY WADE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SAFETY SIGNAL COMPANY, INC. )<br>and DOLORES SHIRLEY, )<br>)<br>Defendants. )<br>) | CIVIL ACTION NO.:<br>1:16-cv-00258-LMM |

## ORDER APPROVING SETTLEMENT
## AGREEMENT AND DISMISSING ACTION WITH PREJUDICE

The above-captioned case is before the Court for consideration of the parties' Joint Motion for Approval of Settlement Agreement and Dismissal of Action With Prejudice. The Court has considered and reviewed the proposed settlement agreement in this case and has determined that it is fair and equitable in all respects. Accordingly, the Court hereby **GRANTS** the parties' Joint Motion, **APPROVES** the settlement agreement entered into by the parties, and **DISMISSES** this action *with prejudice*. Except as stated in the settlement agreement, each party shall bear his/its/her own costs of litigation and attorney's fees.

1

**SO ORDERED** this 25th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE